UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY J. WINGET, et al,

        Plaintiff(s),

Case No. 06-13490

HONORABLE AVERN COHN

v.

JPMORGAN CHASE BANK, NA, et al

        Defendant(s).
_____/

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered and filed on March 07, 2007, the Defendants' Motions to Dismiss (D/E 8, 9) are GRANTED. Judgment is entered in favor of the Defendants and the case is DISMISSED.

DAVID WEAVER

Dated: March 12, 2007        By: s/ Julie Owens
                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 12, 2007, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                          Case Manager, (313) 234-5160