UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY J. WINGET and the                          Case No. 06-cv-13490
LARRY J. WINGET LIVING TRUST,

                                                 Honorable Avern Cohn
        Plaintiffs,                              Magistrate Paul J. Komives

v.

JPMORGAN CHASE BANK, N.A.,
JPMORGAN CHASE & CO.,
BLACK DIAMOND COMMERCIAL FINANCE, LLC,
BLACK DIAMOND CAPITAL, MANAGEMENT, LLC,

        Defendants.

_____

### ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD

        Before the Court is the above referenced motion.  The Court being fully advised

in the premises;

        IT IS HEREBY ORDERED that Plaintiff's Motion to Supplement the Record is

GRANTED.  The appeal record for 06-cv-13490 will be supplemented with the documents

from the 05-cv-74141 case as indicated in this order:

        **Supplement 1:**     **Plaintiff's Memorandum in Support of its Motion for
                               Judgment on the Pleadings; Docket No. 27;**

        **Supplement 2:**     **5/10/06 Hearing Transcript on Plaintiff's Motion to
                               Dismiss/Strike;**

        **Supplement 3:**     **10/3/06 Memorandum; Docket No. 35; and**

        **Supplement 4:**     **Complaint; Docket No. 1.**

Dated: November 06, 2007                     s/Avern Cohn_____
                                             U.S. District Court Judge